No. 88–7200.   IRVING, AKA OWENS *v.* UNITED STATES.   C. A. 11th Cir.   Certiorari denied.

No. 88–7205.   CAMPBELL *v.* STRONG ET AL.   C. A. 6th Cir. Certiorari denied.

No. 88–7209.   ZOLICOFFER *v.* UNITED STATES.   C. A. 3d Cir. Certiorari denied.

No. 88–7210.   CARDONA *v.* UNITED STATES.   C. A. 11th Cir. Certiorari denied.

No. 88–7211.   GONZALEZ-QUESADA *v.* UNITED STATES.   C. A. 9th Cir.   Certiorari denied.

No. 88–7213.   ELLIS *v.* UNITED STATES.   C. A. D. C. Cir. Certiorari denied.

No. 88–7215.   TOWNSEND *v.* UNITED STATES.   C. A. 5th Cir. Certiorari denied.

No. 88–7216.   BROCK *v.* UNITED STATES.   C. A. 11th Cir. Certiorari denied.

No. 88–7219.   SCHMIDT *v.* HILLCREST HOSPITAL ET AL.   Ct. App. Ohio, Cuyahoga County.   Certiorari denied.

No. 88–7223.   CARTER *v.* UNITED STATES.   C. A. 5th Cir. Certiorari denied.

No. 87–1449.   MILLER *v.* COMMISSIONER OF INTERNAL REVENUE.   C. A. 4th Cir.   Certiorari denied.   JUSTICE BRENNAN took no part in the consideration or decision of this petition.

No. 87–2023.   CHRISTIANSEN ET UX. *v.* COMMISSIONER OF INTERNAL REVENUE.   C. A. 10th Cir.   Certiorari denied.   JUSTICE BRENNAN and JUSTICE KENNEDY took no part in the consideration or decision of this petition.